FILED
CLERK, U.S. DISTRICT COURT

MAR 25 2014

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: ED 14-0143 M |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |
| DAVID JON BROWN | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND OR COMMUNITY TIES
- UNKNOWN BAIL RESOURCES
- ASSOCIATED WITH MULTIPLE PERSONAL IDENTIFIERS
- SUBMISSION TO DETENTION

1 and/or

2 B.   ( )   The defendant has not met his/her burden of establishing by clear and
3 convincing evidence that he/she is not likely to pose a danger to the
4 safety of any other person or the community if released under 18
5 U.S.C. § 3142(b) or (c). This finding is based on the following:

6 _____
7 _____
8 _____
9 _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 3/25/14

   HONORABLE DAVID T. BRISTOW
   United States Magistrate Judge

2